IN THE UNITED STATES DISTRIST COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCED DERMATOLOGY, | ) | CASE NO. 1:18-cv-02336 |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| HILLCREST PHARMACY, INC., | ) | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HILLCREST PHARMACY, INC.** |
| Defendant. | ) | |

Now come the undersigned attorneys for the respective parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned action has been settled and is dismissed <u>with prejudice</u>.  The parties agree that the Court will retain jurisdiction of this matter for the sole purpose of resolving any disputes relating to or arising from the parties' settlement agreement.  Each party to bear its own attorney fees, expenses and court costs.

Respectfully Submitted,
*Per email consent*

| | |
|---|---|
| /s/ Ronald I. Frederick | /s/ Patrick O. Peters |
| Ronald I. Frederick (#0063609) | Patrick O. Peters (#0079530) |
| Michael L. Berler (#0085728) | **Jackson Lewis P.C.** |
| Michael L. Fine (#0077131) | Park Center Plaza I, Suite 400 |
| **Frederick & Berler,** LLC | 6100 Oak Tree Boulevard |
| 767 East 185th Street | Cleveland, Ohio  44131 |
| Cleveland, OH  44119 | (216) 750-0404 |
| (216) 502-1055 | (216) 750-0826 (Fax) |
| (216) 566-0750 (Fax) | Patrick.Peters@jacksonlewis.com |
| ronf@clevelandconsumerlaw.com | |
| mikeb@clevelandconsumerlaw.com | |
| michaelf@clevelandconsumerlaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

4848-4084-4682, v. 1

 IT IS SO ORDERED.

  s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE